**UNITED STATES of America,**
**Appellee,**

v.

**Joseph H. BROWN, Appellant.**

**No. 05–4376.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 5, 2006.

Filed: Dec. 21, 2006.

---

**1.** The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

Joseph H. Brown, Springfield, MO, pro se.

Lajuana M. Counts, Asst. U.S. Atty., Kansas City, MO (Todd P. Graves, U.S. Atty., on the brief), for appellee.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

PER CURIAM.

Joseph H. Brown appeals the district court's [1] dismissal of his "Motion to Reopen Judgment or in the Alternative Motion Seeking Relief Pursuant to a Writ of Audita Querela." We grant Brown leave to proceed in forma pauperis on appeal, and we summarily affirm. *See* 8th Cir. R. 47A(a). We also deny as moot Brown's motion for appellate counsel.

---

1. The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.